IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYLLIS A. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PITTSBURGH PUBLIC SCHOOLS,<br><br>    Defendant. | 2:22-CV-00146 |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in favor of Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 12th day of July, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States mail)

Phyllis A. Johnson, pro se
242 Dinwiddie Street
Pittsburgh, PA 15219